### 16918.   SMITH *v.* THE STATE.

LUKE, J. The evidence warranted the conviction, and the verdict has the approval of the trial judge; and under the facts of the case, and in view of the charge of the court in its entirety, the ground of the motion

---

Criminal Law, 16 C. J. p. 1049, n. 82; p. 1050, n. 84; 17 C. J. p. 252, n. 16.

for a new trial attacking an excerpt from the charge of the court is wholly without merit.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 2, 1926.

Accusation of sale of liquor; from city court of Summerville—Judge Neal.   October 21, 1925.

*C. D. Rivers,* for plaintiff in error.

*J. F. Kelly, solicitor,* contra.